CASREF,PATENT,STAYED

# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:25–cv–00180–DC–DTG

| | |
|---|---|
| AlmondNet, Inc. and Datonics LLC v. Adobe Inc. | Date Filed: 04/18/2025 |
| Assigned to: Judge David Counts | Jury Demand: Plaintiff |
| Referred to: Judge Derek T. Gilliland | Nature of Suit: 830 Patent |
| Related Cases: 6:24–cv–00234–RP | Jurisdiction: Federal Question |
|           7:25–cv–00059–ADA | |

Cause: 35:271 Patent Infringement

**Plaintiff**

**Datonics LLC**                                    represented by  **Adam Hoffman**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310)826–7474
Fax: (310)826–6991
Email: ahoffman@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: bledahl@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B Kolko**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: dkolko@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Milkey**
Russ August & Kabat
12424 Wilshire Blvd.
Ste 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: jmilkey@raklaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: jtsuei@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: jma@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
Russ August & Kabat
12424 Wilshire Blvd
Ste 12 Floor
Los Angeles, CA 90025
713–444–4722
Email: jscheufler@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mafenster@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
Russ August & Kabat
12424 Wilshire Blvd
12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: pwang@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Yates Tull**
Russ August & Kabat

12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310−826−7474
Email: stull@raklaw.com
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310−826−7474
Fax: 310−826−6991
Email: rmirzaie@raklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AlmondNet, Inc.**                    represented by  **Adam Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Milkey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniel B Kolko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Yates Tull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Adobe Inc.**                                      represented by   **Nicholas H. Lee**
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017–5844
(213) 243–4000
Fax: (213) 243–4199
Email: Nicholas.Lee@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Swisher**
Arnold & Porter Kaye Scholer LLP
4 Embarcadero Center
14th Floor
San Francisco, CA 94111–4024
415–471–3132
Email: jonathan.swisher@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Raftrey**
Arnold & Porter
3 Embarcadero Center
10th Floor
San Francisco, CA 94111–4024
415–471–3365
Email: mark.raftrey@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Michael E. Jones**
Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903–525–2239
Email: mikejones@potterminton.com

*ATTORNEY TO BE NOTICED*

**Ryan J. Casamiquela**
Arnold & Porter Kaye Scholer LLP
4 Embarcadero Center
14th Floor
San Francisco, CA 94111–4024
415–471–3100
Email: ryan.casamiquela@arnoldporter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903–525–2272
Email: shaunhassett@potterminton.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 405 receipt number ATXWDC–20065689), filed by Datonics LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Civil Cover Sheet)(Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Datonics LLC. (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï 4 | NOTICE *of Related Cases* by Datonics LLC re 1 Complaint (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï 5 | RULE 7 DISCLOSURE STATEMENT filed by Datonics LLC. (Mirzaie, Reza) (Entered: 04/18/2025) |
| 04/18/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (jb3) (Entered: 04/22/2025) |
| 04/22/2025 | Ï 6 | Summons Issued as to Adobe Inc. (jb3) (Entered: 04/22/2025) |
| 04/23/2025 | Ï 7 | ORDER AND ADVISORY. CASE REFERRED to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (slt) (Entered: 04/23/2025) |
| 05/02/2025 | Ï 8 | SUMMONS Returned Executed by Datonics LLC. Adobe Inc. served on 4/25/2025, answer due 5/16/2025. (Mirzaie, Reza) (Entered: 05/02/2025) |
| 05/15/2025 | Ï 9 | NOTICE of Attorney Appearance by Nicholas H. Lee on behalf of Adobe Inc.. Attorney Nicholas H. Lee added to party Adobe Inc.(pty:dft) (Lee, Nicholas) (Entered: 05/15/2025) |
| 05/15/2025 | Ï 10 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Answer *(Unopposed Motion for Extension of Time to Respond to the Complaint)* by Adobe Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Lee, Nicholas) (Entered: 05/15/2025) |
| 05/16/2025 | <u>11</u> | RULE 7 DISCLOSURE STATEMENT filed by Adobe Inc.. (Lee, Nicholas) (Entered: 05/16/2025) |
| 05/19/2025 | <u>12</u> | ORDER GRANTING <u>10</u> Motion for Extension of Time to Answer ; Adobe Inc. answer due 6/30/2025. Signed by Judge Derek T. Gilliland. (slt) Modified judge on 5/19/2025 (slt). (Entered: 05/19/2025) |
| 06/24/2025 | <u>13</u> | Unopposed MOTION for Extension of Time to File Answer *(Second Unopposed Motion for Extension of Time to Respond to the Complaint)* by Adobe Inc.. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Lee, Nicholas) (Entered: 06/24/2025) |
| 06/25/2025 | <u>14</u> | ORDER GRANTING <u>13</u> Motion for Extension of Time to Answer ; Adobe Inc. answer due 7/7/2025. Signed by Judge Derek T. Gilliland. (slt) (Entered: 06/26/2025) |
| 07/07/2025 | <u>15</u> | MOTION to Dismiss by Adobe Inc. Motions Referred to Judge Derek T. Gilliland. (Attachments: # <u>1</u> Declaration of Nicholas H. Lee, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10)(Lee, Nicholas) Modified on 8/7/2025 (jb3). (Entered: 07/07/2025) |
| 07/14/2025 | <u>16</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>15</u> MOTION to Dismiss by Datonics LLC. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Mirzaie, Reza) (Entered: 07/14/2025) |
| 07/15/2025 | <u>17</u> | ORDER GRANTING <u>16</u> Motion for Extension of Time to File Response/Reply. Response due **August 11, 2025**. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/15/2025) |
| 08/11/2025 | <u>18</u> | AMENDED COMPLAINT against Adobe Inc. amending <u>1</u> Complaint., filed by Datonics LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8)(Mirzaie, Reza) (Entered: 08/11/2025) |
| 08/15/2025 | <u>19</u> | ORDER Setting/Resetting Initial Pretrial Conference. Initial Pretrial Conference set for **9/24/2025 at 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (slt) (Entered: 08/15/2025) |
| 08/15/2025 | <u>20</u> | Unopposed MOTION for Extension of Time to File Answer . (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Lee, Nicholas) (Entered: 08/15/2025) |
| 08/20/2025 | <u>21</u> | ORDER GRANTING <u>20</u> Motion for Extension of Time to Answer ; Adobe Inc. answer due **10/9/2025**. Signed by Judge Derek T. Gilliland. (slt) (Entered: 08/20/2025) |
| 08/21/2025 | <u>22</u> | NOTICE of Attorney Appearance . Attorney Michael E. Jones added to party Adobe Inc.(pty:dft) (Jones, Michael) (Entered: 08/21/2025) |
| 08/21/2025 | <u>23</u> | NOTICE of Attorney Appearance . Attorney Shaun William Hassett added to party Adobe Inc.(pty:dft) (Hassett, Shaun) (Entered: 08/21/2025) |
| 09/10/2025 | <u>24</u> | MOTION to Appear Pro Hac Vice by Daniel B Kolko *for Susan Tull* ( Filing fee $ 100 receipt number ATXWDC–20702351) by on behalf of AlmondNet, Inc., Datonics LLC. (Attachments: # <u>1</u> Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 09/10/2025) |
| 09/11/2025 | <u>25</u> | MOTION to Appear Pro Hac Vice by Shaun William Hassett *for Mark Raftrey* ( Filing fee $ 100 receipt number ATXWDC–20704326) by on behalf of Adobe Inc... Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 09/11/2025) |

| | | |
|---|---|---|
| 09/11/2025 | 26 | MOTION to Appear Pro Hac Vice by Shaun William Hassett *for Jonathan Swisher* ( Filing fee $ 100 receipt number ATXWDC–20704344) by on behalf of Adobe Inc... Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 09/11/2025) |
| 09/11/2025 | 27 | MOTION to Appear Pro Hac Vice by Shaun William Hassett *for Ryan J. Casamiquela* ( Filing fee $ 100 receipt number ATXWDC–20707561) by on behalf of Adobe Inc... Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 09/11/2025) |
| 09/11/2025 | 28 | ORDER GRANTING 24 Motion to Appear Pro Hac Vice for Attorney Susan Tull for AlmondNet, Inc.,Susan Tull for Datonics LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 09/11/2025) |
| 09/12/2025 | 29 | ORDER GRANTING 25 Motion to Appear Pro Hac Vice for Attorney Mark Raftrey for Adobe Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (jb3) (Entered: 09/12/2025) |
| 09/12/2025 | 30 | ORDER GRANTING 26 Motion to Appear Pro Hac Vice for Attorney Jonathan Swisher for Adobe Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge David Counts. (jb3) (Entered: 09/12/2025) |
| 09/12/2025 | 31 | ORDER GRANTING 27 Motion to Appear Pro Hac Vice for Attorney Ryan J. Casamiquela for Adobe Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Derek T. Gilliland. (jb3) (Entered: 09/12/2025) |
| 09/15/2025 | 32 | Opposed MOTION to Transfer Case *to Northern District of California Pursuant to Sect. 1404(a)* by Adobe Inc.. (Attachments: # 1 Smith Declaration, # 2 Casamiquela Declaration, # 3 Ex. 1 – Raghav Pandey – Accurint, # 4 Ex. 2 – Raghav Pandey – LinkedIn, # 5 Ex. 3 – Rahul Biswas – Accurint, # 6 Ex. 4 – Rahul Biswas – LinkedIn, # 7 Ex. 5 – Vasanthi Holtcamp – Accurint, # 8 Ex. 6 – Vasanthi Holtcamp – LinkedIn, # 9 Ex. 7 – Matthew Roche – Accurint, # 10 Ex. 8 – Matthew Roche – LinkedIn, # 11 Ex. 9 – James Roche – Accurint, # 12 Ex. 10 – Jamie Roche – LinkedIn, # 13 Ex. 11 – Brett Wilson – Accurint, # 14 Ex. 12 – Brett Wilson – LinkedIn, # 15 Ex. 13 – John Hughes – Accurint, # 16 Ex. 14 – John Hughes – LinkedIn, # 17 Ex. 15 – Adobe 2009 10–K, # 18 Ex. 16 – Adobe 2016 10–K, # 19 Ex. 17 – Amazon IPR, # 20 Ex. 18 – U.S. Pat. App. Pub. No. 20040068477A1, # 21 Ex. 19 – U.S. Patent No. 8,880,677, # 22 Ex. 20 – David L. Gilmour – Accurint, # 23 Ex. 21 – David Gilmour – LinkedIn, # 24 Ex. 22 – Jonathan Goldberg – Accurint, # 25 Ex. 23 – Jonathan Goldberg – LinkedIn, # 26 Ex. 24 – Johan Le Nerriec – Accurint, # 27 Ex. 25 – Yohan Le Nerriec – LinkedIn, # 28 Ex. 26 – 8,566,154 Assignment History, # 29 Ex. 27 – 20040068477 Assignment History, # 30 Ex. 28 – Datonics – Accurint, # 31 Ex. 29 – Datonics Pitchbook, # 32 Ex. 30 – Roy Shkedi – Accurint, # 33 Ex. 31 – Roy Shkedi – LinkedIn, # 34 Ex. 32 – Michael Benedek – Accurint, # 35 Ex. 33 – Michael Benedek – LinkedIn, # 36 Ex. 34 – Rob Finora – Accurint, # 37 Ex. 35 – Rob Finora – LinkedIn, # 38 Ex. 36 – AlmondNet Pitchbook, # 39 Ex. 37 – Micha Shkedi – LinkedIn, # 40 Ex. 38 – Eitan Madmon – LinkedIn, # 41 Ex. 39 – Nathan Low – Accurint, # 42 Ex. 40 – Nathan Low – LinkedIn, # 43 Ex. 41 – San Jose to Midland Driving Directions, # 44 Ex. 42 – U.S. District Courts National Judicial Caseload Profile, # 45 Ex. 43 – W.D. Tex. 2024 New Patent Cases, # 46 Ex. 44 – W.D. Tex. 2025 New Patent Cases, # 47 Ex. 45 – W.D. Tex. Active Patent Cases, # 48 Ex. 46 – N.D. Cal. 2024 New Patent Cases, # 49 Ex. 47 – N.D. Cal. 2025 New Patent Cases, # 50 Ex. 48 – N.D. Cal. Active Patent Cases, # 51 Ex. 49 – Omniture Acquires Offermatica, # 52 Proposed Order). Motions referred to Judge Derek T. |

| | | Gilliland. (Hassett, Shaun) (Entered: 09/15/2025) |
|---|---|---|
| 09/15/2025 | 33 | NOTICE of Attorney Appearance by Michael E. Jones on behalf of Adobe Inc. (Jones, Michael) (Entered: 09/15/2025) |
| 09/15/2025 | 34 | Rule 26(f) Discovery Report/Case Management Plan by AlmondNet, Inc., Datonics LLC. (Kolko, Daniel) (Entered: 09/15/2025) |
| 09/19/2025 | 35 | ORDER CANCELLING INITIAL PRETRIAL CONFERENCEHELD IN PERSON. Signed by Judge Derek T. Gilliland. (slt) (Entered: 09/19/2025) |
| 09/24/2025 | 36 | Joint MOTION for Extension of Time to Complete Discovery *(Venue Discovery and Venue Briefing)* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 09/24/2025) |
| 09/26/2025 | 37 | ORDER GRANTING 36 Motion for Extension of Time to Complete Discovery. Venue Discovery due by 12/8/2025. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 09/26/2025) |
| 10/09/2025 | 38 | MOTION to Dismiss *18 First Amended Complaint* by Adobe Inc.. (Attachments: # 1 Lee Declaration, # 2 Ex. 1 – '210 File History at 7–18–2013 Allowance, # 3 Ex. 2 – '433 File History at 6–7–2012 Applicant Comment, # 4 Ex. 3 – '445 File History at 6–13–19 Appeal Brief, # 5 Ex. 4 – '445 File History at 8–27–20 Hearing Exhibit, # 6 Ex. 5 – App. No. 11–765,433 Patent Assignment, # 7 Ex. 6 – App. No. 13–631,244 Patent Assignment, # 8 Ex. 7 – AlmondNet v. Lotame Amended Complaint (ECF No. 16), # 9 Ex. 8 – AlmondNet v. Amazon Amended Complaint (ECF No. 21), # 10 Ex. 9 – Auth Wallet v. Cullen Frost Bankers, # 11 Ex. 10 – '210 File History at 3–07–13 Remarks, # 12 Ex 11 – '822 IPR PO Response, # 13 Ex 12 – '423 File History at 1–24–20 Amendment, # 14 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 10/09/2025) |
| 10/10/2025 | 39 | SCHEDULING ORDER: Pretrial Conference set for **4/16/2027 10:00 AM** in Midland before Judge David Counts, Jury Selection/Trial set for **5/3/2027 08:00 AM** in Midland before Judge David Counts, Markman Hearing set for **5/4/2026 09:00 AM** before Judge Derek T. Gilliland, Amended Pleadings due by 8/24/2026, Discovery due by 11/30/2026, Joinder of Parties due by 6/15/2026, Dispositive and Daubert Motions due by 2/8/2027. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 10/10/2025) |
| 10/22/2025 | 40 | Unopposed MOTION for Extension of Time to File Response/Reply as to 38 MOTION to Dismiss *18 First Amended Complaint* by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 10/22/2025) |
| 10/28/2025 | 41 | ORDER GRANTING 40 Motion for Extension of Time to File Response/Reply. Response due by **11/6/2025**. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 10/28/2025) |
| 11/06/2025 | 42 | Response in Opposition to Motion, filed by AlmondNet, Inc., Datonics LLC, re 38 MOTION to Dismiss *18 First Amended Complaint* filed by Defendant Adobe Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Milkey, James) (Entered: 11/06/2025) |
| 11/11/2025 | 43 | Unopposed MOTION for Extension of Time to File Response/Reply as to 38 MOTION to Dismiss *18 First Amended Complaint* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 11/11/2025) |
| 11/12/2025 | Ï | Text Order GRANTING 43 Motion for Extension of Time to File Response/Reply. Adobes reply brief is now due on November 21, 2025. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (DTG) (Entered: 11/12/2025) |
| 11/21/2025 | 44 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion, filed by Adobe Inc., re 38 MOTION to Dismiss *18 First Amended Complaint* filed by Defendant Adobe Inc. (Hassett, Shaun) (Entered: 11/21/2025) |
| 11/24/2025 | 45 | AFFIDAVIT in Support *of PLAINTIFFS OPPOSITION TO ADOBE INC.S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA* by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6)(Mirzaie, Reza) (Entered: 11/24/2025) |
| 11/25/2025 | Ï | DEFICIENCY NOTICE: re 45 Affidavit in Support. **Header does not read Midland/Odessa Division. Please correct and refile. This document will not be forwarded to the assigned judge for consideration**. (jb3) (Entered: 11/25/2025) |
| 11/25/2025 | 46 | AFFIDAVIT in Support *of PLAINTIFFS OPPOSITION TO ADOBE INC.S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA* by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6)(Mirzaie, Reza) (Entered: 11/25/2025) |
| 11/25/2025 | 47 | Plaintiff's Opposition to Adobe Inc.'s Motion to Transfer Venue to the Northern District of California filed by AlmondNet, Inc., Datonics LLC pursuant to W.D. Texas SDS procedures. (Attachments: (1) – Declaration of Reza Mirzaie in Support of Plaintiffs' Opposition to Adobe Inc.'s Motion to Transfer Venue to the Northern District of California, (2) – Exhibit 1)(jb3) (Entered: 11/25/2025) |
| 11/25/2025 | 48 | Joint MOTION for Confidentiality/Protective Order by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Exhibit A). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 11/25/2025) |
| 11/26/2025 | Ï | Text Order MOOTING 15 Motion to Dismiss entered by Judge Derek T. Gilliland. This motion is moot in light of the amended complaint (Dkt. No. 18). (This is a text–only entry generated by the court. There is no document associated with this entry. (CWlc) (Entered: 11/26/2025) |
| 11/26/2025 | 49 | PROTECTIVE ORDER. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/26/2025) |
| 12/03/2025 | 50 | Opposed MOTION for Leave to File SUR–REPLY IN OPPOSITION TO ADOBES MOTION TO DISMISS by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Exhibit 1). Motions referred to Judge Derek T. Gilliland. (Milkey, James) (Entered: 12/03/2025) |
| 12/18/2025 | 51 | UNOPPOSED Motion for leave to File Sealed Document by Adobe Inc. pursuant to W.D. Texas SDS procedures. Referral Judge: Derek T. Gilliland. (jb3) (Entered: 12/18/2025) |
| 12/18/2025 | 52 | Redacted Copy *Opposition [Only]* of 51 Motion for leave to File Sealed Document by Adobe Inc. pursuant to W.D. Texas SDS procedures by Adobe Inc.. (Hassett, Shaun) (Entered: 12/18/2025) |
| 12/22/2025 | 53 | REPLY to Response to Motion, filed by Adobe Inc., re 32 Opposed MOTION to Transfer Case *to Northern District of California Pursuant to Sect. 1404(a)* filed by Defendant Adobe Inc. (Hassett, Shaun) (Entered: 12/22/2025) |
| 12/24/2025 | 54 | RESPONSE in Support, filed by AlmondNet, Inc., Datonics LLC, re 50 Opposed MOTION for Leave to File SUR–REPLY IN OPPOSITION TO ADOBES MOTION TO DISMISS filed by Plaintiff AlmondNet, Inc., Plaintiff Datonics LLC (Attachments: # 1 Affidavit of James Milkey, # 2 Exhibit 1)(Milkey, James) (Entered: 12/24/2025) |
| 01/05/2026 | 55 | ORDER GRANTING 51 Motion for Leave to File Sealed Document. Signed by Judge Derek T. Gilliland. (slt) (Entered: 01/05/2026) |
| 01/05/2026 | 56 | Response in Opposition to Motion filed by Adobe Inc., re 50 Motion for leave to File Sealed Document by Adobe Inc. pursuant to W.D. Texas SDS procedures filed by Defendant Adobe Inc. (slt) (Entered: 01/05/2026) |

| 01/05/2026 | 57 | Unopposed MOTION for Extension of Time to Complete Discovery – *to serve Preliminary Invalidity Contentions* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 01/05/2026) |
|---|---|---|
| 01/12/2026 | 58 | ORDER GRANTING ADOBES UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SERVE ITS PRELIMINARY INVALIDITY CONTENTIONS (DKT. NO. 57). Signed by Judge Derek T. Gilliland. (jb3) (Entered: 01/12/2026) |
| 01/23/2026 | 59 | STATUS REPORT *Regarding Adobe Inc.'s Moton to Transfer* by Adobe Inc.. (Hassett, Shaun) (Entered: 01/23/2026) |
| 02/24/2026 | 60 | Unopposed MOTION for Hearing re 32 Opposed MOTION to Transfer Case *to Northern District of California Pursuant to Sect. 1404(a)*, 38 MOTION to Dismiss *18 First Amended Complaint* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 02/24/2026) |
| 03/02/2026 | 61 | ORDER GRANTING MOTION AND SETTING MOTIONS HEARING HELD IN PERSON. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 03/02/2026) |
| 03/02/2026 |  | Motion Hearing: 38 MOTION to Dismiss *18 First Amended Complaint*, 32 Opposed MOTION to Transfer Case *to Northern District of California Pursuant to Sect. 1404(a)*. Motions Hearing set for **3/19/2026 02:00 PM** in Waco before Judge Derek T. Gilliland. (jb3) (Entered: 03/02/2026) |
| 03/02/2026 | 62 | Opening Claim Construction Brief by Adobe Inc.. (Attachments: # 1 Lee Declaration, # 2 Ex. 001 – U.S. Patent No. 8,589,210, # 3 Ex. 002 – U.S. Patent No. 10,984,445, # 4 Ex. 003 – U.S. Patent No. 8,200,822, # 5 Ex. 004 – U.S. Patent No. 10,839,423, # 6 Ex. 005 – '445 Patent FH 2019–06–13 Appeal Brief, # 7 Ex. 006 – '210 Patent FH 2013–03–07 Amendment, # 8 Ex. 007 – CBM2017–00059 Paper 6, # 9 Ex. 008 – '433 App. FH 2011–06–20 Amendment, # 10 Ex. 009 – '433 App. FH 2011–01–26 Amendment, # 11 Ex. 010 – '999 App. FH 2017–03–15 Amendment, # 12 Ex. 011 – '445 Patent Infringement Contentions, # 13 Ex. 012 – '454 App. FH 2013–01–29 Amendment, # 14 Ex. 013 – CBM2017–00058 Paper 6, # 15 Ex. 014 – BE LABS, Inc. v. Asustek Computer Inc. (Markman Order), # 16 Ex. 015 – PTAB–IPR2022–01259 Paper 27, # 17 Ex. 016 – '286 App. FH 2010–04–07 Amendment, # 18 Ex. 017 – '709 App. FH 2011–08–16 Amendment, # 19 Ex. 018 – U.S. Patent No. 9,830,615, # 20 Ex. 019 – PTAB–IPR2022–01064 [Paper 14] PO Response, # 21 Ex. 020 – '237 App. FH 2016–06–28 Amendment, # 22 Ex. 021 – PTAB–IPR2022–01064 [Paper 6] POPR)(Hassett, Shaun) (Entered: 03/02/2026) |
| 03/19/2026 | 63 | TRANSCRIPT REQUEST by Adobe Inc. for proceedings held on 3/19/26. Proceedings Transcribed: Motions Hearing. Court Reporter: FTR. (Jones, Michael) (Entered: 03/19/2026) |
| 03/19/2026 | 64 | Minute Entry for proceedings held before Judge Derek T. Gilliland: Motion Hearing held on 3/19/2026 re 32 Opposed MOTION to Transfer Case *to Northern District of California Pursuant to Sect. 1404(a)* filed by Adobe Inc., 38 MOTION to Dismiss *18 First Amended Complaint* filed by Adobe Inc. Statements and arguments of counsel heard. Defendant's Opposed Motion to Transfer Venue to the Northern District of California (ECF 32) is Taken Under Advisement. Order to follow. Defendant's Motion to Dismiss the First Amended Complaint (ECF 38) is Taken Under Advisement. Report and Recommendation to follow. Hearing to follow (Minute entry documents are not available electronically.). (Court Reporter FTR.)(jb3) (Entered: 03/19/2026) |
| 03/20/2026 | 65 | Unopposed MOTION for Extension of Time to File *RESPONSIVE CLAIM CONSTRUCTION BRIEF* by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Milkey, James) (Entered: 03/20/2026) |
| 03/20/2026 | 66 | TRANSCRIPT REQUEST by AlmondNet, Inc., Datonics LLC for proceedings held on 3/19/2026. Proceedings Transcribed: Motions Hearing. Court Reporter: FTR. (Milkey, James) (Entered: 03/20/2026) |

| 03/24/2026 | Ï | Text Order GRANTING 65 Motion for Extension of Time to File. It is ORDERED that the plaintiffs, AlmondNet, Inc. and Datonics LLC, shall provide their responsive claim construction brief by March 27, 2026, and the defendant, Adobe Inc., shall provide its reply claim construction brief by April 10, 2026. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 03/24/2026) |
|---|---|---|
| 03/27/2026 | 67 | RESPONSE to 62 Claim Construction Brief,,,, by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Declaration of James A. Milkey, # 2 Exhibit A, # 3 Exhibit B)(Milkey, James) (Entered: 03/27/2026) |
| 04/02/2026 | 68 | RESPONSE *Corrected Responsive Claim Construction Brief* to 62 Claim Construction Brief,,,, by AlmondNet, Inc., Datonics LLC. (Attachments: # 1 Affidavit of James A. Milkey, # 2 Exhibit A, # 3 Exhibit B)(Milkey, James) (Entered: 04/02/2026) |
| 04/08/2026 | 69 | ORDER Resetting Markman Hearing. Markman Hearing reset for **5/11/2026 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 04/08/2026) |
| 04/08/2026 | 70 | Sealed Motions Hearing held on March 19, 2026, Transcript filed (This transcript is not available electronically). (jb3) (Entered: 04/08/2026) |
| 04/10/2026 | 71 | Reply Claim Construction Brief regarding 62 Claim Construction Brief,,,, by Adobe Inc.. (Attachments: # 1 Lee Delaration, # 2 Ex. 22)(Hassett, Shaun) (Entered: 04/10/2026) |
| 04/20/2026 | 72 | RESPONSE *SUR–REPLY CLAIM CONSTRUCTION BRIEF* to 71 Claim Construction Brief by AlmondNet, Inc., Datonics LLC. (Milkey, James) (Entered: 04/20/2026) |
| 04/23/2026 | 73 | Joint Claim Construction Brief or Statement by AlmondNet, Inc., Datonics LLC. (Milkey, James) (Entered: 04/23/2026) |
| 05/07/2026 | 74 | ORDER Resetting Markman Hearing. Markman Hearing reset for 5/28/2026 02:00 PM in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 05/07/2026) |
| 05/11/2026 | 75 | Joint MOTION to Extend Scheduling Order Deadlines – *Initial Disclosures, Add Parties and Opening of Fact Discovery* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 05/11/2026) |
| 05/26/2026 | 76 | ORDER Resetting Markman Hearing Held in Person. Markman Hearing reset for **6/11/2026 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 05/26/2026) |
| 05/26/2026 | 77 | ORDER GRANTING MOTION FOR LEAVE TO FILE A SUR–REPLY (DKT. NO. 50). Signed by Judge Derek T. Gilliland. (jb3) (Entered: 05/26/2026) |
| 05/26/2026 | 78 | PLAINTIFFS SUR–REPLY TO ADOBES MOTION TO DISMISS filed by AlmondNet, Inc., Datonics LLC (jb3) (Entered: 05/26/2026) |
| 05/28/2026 | 79 | Joint MOTION to Extend Scheduling Order Deadlines – *Initial Disclosures, Add Parties, and Opening of Fact Discovery* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 05/28/2026) |
| 06/04/2026 | 80 | SEALED REPORT AND RECOMMENDATIONS re 38 Motion to Dismiss filed by Adobe Inc. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 06/04/2026) |
| 06/04/2026 | 81 | ORDER GRANTING 32 Motion to Transfer Case. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 06/05/2026) |
| 06/04/2026 | Ï | Remark: CASE TO BE TRANSFERRED ONCE DOCKET ENTRY 38 IS RULED ON BY DC. ALL DEADLINES STAYED. Markman hearing setting is VACATED. (jb3) (Entered: 06/05/2026) |

| 06/05/2026 | 82 | AMENDED REPORT AND RECOMMENDATIONS re 38 Motion to Dismiss filed by Adobe Inc. Signed by Judge Derek T. Gilliland. (jb3) (Entered: 06/05/2026) |
| 07/28/2026 | 83 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 82 Report and Recommendations, 38 Motion to Dismiss, filed by Adobe Inc. Signed by Judge David Counts. (jb3) (Entered: 07/28/2026) |